BEFORE THE SECOND DIVISION, MARCH 15, 1967

No. P67/62.—Robert Bosch Corp. v. United States, protests 65/7353(B), 65/7355, and 65/7370 (New York).

**No. P67/63.**—Henry Lutjen and Lodge Spark Plug Co. v. United States, protest 65/20323 (New York).

Rao, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.